**STATE of Missouri, Respondent,**

v.

**Joshua L. PFEIFFER, Appellant.**

**No. WD 61857.**

Missouri Court of Appeals,
Western District.

July 22, 2003.

Vanessa Caleb, Appellate Defender Office, Kansas City for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Patrick T. Morgan, Office of Attorney General, Jefferson City for respondent.

Before PAUL M. SPINDEN, Presiding Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

**ORDER**

Joshua L. Pfeiffer appeals the circuit court's judgment convicting him of one count of murder in the first degree, two counts of armed criminal action, and one count of robbery in the first degree. We affirm. Rule 30.25(b).